Kelly J. McWIRTHER, Plaintiff–Appellant,

v.

TELECHECK SERVICES, INCORPORATED, Defendant–Appellee.

No. 00–1227.

United States Court of Appeals, Fourth Circuit.

Argued Dec. 7, 2000.

Decided Jan. 23, 2001.

John W. Taylor, Mitchell, Rallings, & Tissue, P.L.L.C., Charlotte, NC, for appellant. William Alfred Blancato, McCall, Doughton & Blancato, P.L.L.C., Winston–Salem, NC, for appellee.

ON BRIEF: David G. Russell, Charles W. Lyons, Parker, Hudson, Rainer & Dobbs, Atlanta, GA, for appellee.

Before WILKINSON, Chief Judge, TRAXLER, Circuit Judge, and CACHERIS, Senior United States District Judge for the Eastern District of Virginia, sitting by designation.

PER CURIAM.

Plaintiff Kelly McWirther brought a class action suit under the Fair Debt Collection Act and North Carolina Debt Collection laws against TeleCheck Services, Inc. for collecting unlawful charges based on checks that were returned for insufficient funds. The district court granted TeleCheck's motion to dismiss for failure to state a claim. We affirm on the reason-

ing of the district court. *See McWirther v. TeleCheck Services, Inc.*, No. 99CV216, Dec. 1, 1999.

*AFFIRMED.*